IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ORLAN O. GARWOOD,

    Plaintiff,

v.                                                                                              CASE NO.: 19-cv-21248-JLK

NCL (BAHAMAS LTD, a Bermuda Corporation
d/b/a NORWEGIAN CRUISE LINES (NCL) , and
MONICA HUGHES,

    Defendants.
_____/

## DEFENDANT MONICA HUGHES'S UNOPPOSED MOTION FOR LEAVE TO AMEND HER ANSWER AND AFFIRMATIVE DEFENSE AND INCOPORATED MEMORANDUM OF LAW

COMES NOW the Defendant, Monica Hughes, by and through her undersigned attorneys and pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and Local Rule 15.1 of the Local Rules for the United States District Court for the Southern District of Florida, files this Unopposed Motion for Leave to Amend Her Answer and Affirmative Defenses, and in support thereof, states as follows:

1. This is a negligence action regarding an injury that occurred on or about April 6, 2018 on board a cruise ship named the Norwegian Dawn.

2. On November 26, 2019, in response to Plaintiff's Second Amended Complaint (D.E. 32), the Defendant, Monica Hughes, filed her Answer and Affirmative Defenses (D.E. 39).

3. Recently, counsel for the parties have discussed the Affirmative Defenses raised by Defendant, Monica Hughes, in her Answer and Affirmative Defenses (D.E. 39) to Plaintiff's Second Amended Complaint (D.E. 32), and have agreed that certain defenses should be withdrawn and that one defense should be amended.

4. Specifically, Defendant, Monica Hughes, requests leave to file an Amended Answer to Plaintiff's Second Amended Complaint (D.E. 32) to withdraw Affirmative Defenses two, three, six and seven, with each side to bear their own attorney's fees and costs, and to amend Affirmative Defense five to state:

> "Plaintiff is only entitled to the recovery of the reasonable value of medical services he received as decided by the jury upon consideration of all relevant evidence including the amount billed by healthcare providers, the amount paid by insurers or other collateral sources, the amount written off, discounted, or contractually adjusted, and any expert testimony and other relevant evidence the parties may offer on the issue. *See Higgs v. Costa Crociere S.P.A. Co.*, 969 F.3d 1295, 1313–14 (11th Cir. 2020)."

A copy of the proposed Amended Answer and Affirmative Defenses is attached hereto as Exhibit 1.

5. Rule 15(a)(2) of the Federal Rules of Civil Procedure provides that leave to amend should be "freely give[n] when justice so requires." *See 126th Ave. Landfill, Inc. v. Pinellas County, Florida*, 459 F. App'x 896, 897 n. 1 (11th Cir. 2012) (stating that Rule 15(a) "encourages a district court to 'freely give leave [to amend pleadings] when justice so requires.'")) (alteration in original). Absent undue delay, bad faith, dilatory motive, undue prejudice or futility of amendment, leave to amend should be freely given. *Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227, 9 L. Ed. 2d 222 (1962). Thus, "[t]here is a strong public policy embodied in the Federal Rules of Civil Procedure . . . favoring the liberality of amendment." *Borden, Inc. v. Florida East Coast Railway Co.*, 772 F.2d 750, 757 (11th Cir. 1985).

6. Counsel for Plaintiff and Defendant have communicated with one another regarding the relief requested in this Motion and Plaintiff's counsel has advised the undersigned that Plaintiff does not object to the relief requested in this Motion.

WHEREFORE, Defendant, Monica Hughes, respectfully requests this Court enter an Order Granting this Unopposed Motion for Leave to Amend its Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint (D.E. 32).

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), I hereby certify that I conferred with counsel for Plaintiff Kelly Ann L. May, Esq. on November 30, 2021 and was advised that Plaintiff does not oppose the relief sought herein.

Respectfully submitted this 1st day of December 2021.

>/s/Michael K. Kiernan                .
>MICHAEL K. KIERNAN, ESQUIRE
>FBN:  391964
>mkiernan@tlsslaw.com
>BRADLEY T. GULDALIAN, ESQUIRE
>FBN:  161608
>bguldalian@tlsslaw.com
>Traub Lieberman Straus
>& Shrewsberry, LLP
>P.O. Box 3942
>St. Petersburg, FL 33731
>(727) 898-8100 – Telephone
>(727) 895-4838 – Facsimile
>Attorneys for Defendant Hughes

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of December 2021, a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system, which will send a Notice of Electronic filing to the following:

Frank D. Butler, Esq.
Kelly Ann L. May
Frank D. Butler, P.A.
10550 U.S. Hwy. 19 North
Pinellas Park, FL 33782
fdblawfirm@aol.com
kmay@fightingforfamilies.com

jseigler@fightingforfamilies.com

/s/Michael K. Kiernan
MICHAEL K. KIERNAN, ESQUIRE
FBN:   391964
mkiernan@tlsslaw.com
BRADLEY T. GULDALIAN, ESQUIRE
FBN:   161608
bguldalian@tlsslaw.com
Traub Lieberman Straus
& Shrewsberry, LLP
P.O. Box 3942
St. Petersburg, FL 33731
(727) 898-8100 – Telephone
(727) 895-4838 – Facsimile
Attorneys for Defendant Hughes